UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-00969-JLS-DTB Date: August 11, 2026
Title: Lois Webler v. Target Corporation et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | N/A |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF: ATTORNEYS PRESENT FOR DEFENDANT:

Not Present Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING PLAINTIFF TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO FILE MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

The Final Pretrial Conference is scheduled for August 28, 2026. The parties were required to serve and file their Memoranda of Contentions of Facts and Law no later than twenty-one (21) days before the final pretrial conference. *See* C.D. Cal. R. 16-4; (Civil Trial Order at 3, Doc. 17). The Civil Trial Order expressly states that "[s]trict compliance with the requirements of the Federal Rules of Civil Procedure and the Local Rules is mandatory." (Civil Trial Order at 3.) Although these Memoranda were due on August 7, 2026, Plaintiff has failed to file her Memorandum of Contentions of Fact and Law.

Plaintiff is therefore ORDERED to show cause, in writing, why the Court should not dismiss this matter for failure to prosecute and/or issue sanctions for the failure to timely file the Memorandum of Contentions of Fact and Law. Failure to respond within **five (5) days of this Order** will result in an immediate dismissal of this action.

Initials of Preparer: kd