UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS WEBLER,<br>Plaintiff,<br>v.<br>TARGET CORPORATION ET AL,<br>Defendant. | Case No. 5:25-cv-00969-JLS-DTB<br>**JUDGMENT** |

Pursuant to the Court's August 18, 2026 Order (Doc. 26), it is HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

DATED: August 21, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE